UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| MATTHEW J. WARD, | Civil Action No.: 4:17-cv-0367-HMH-TER |
| Plaintiff, | |
| -vs- | |
| | **ORDER** |
| JAMES BLACKWELL, Asst. Warden; TAMARA RAVENELL, Classification; and JACEK KICINSKI, Officer; | |
| Defendants. | |

Plaintiff has filed a Motion to Compel (Docket Entry # 53) Defendants Blackwell, Ravenell, and Kicinski to respond to his requests for production 1-4 and 8-10. Defendants filed a response in opposition to Plaintiff's motion stating that Plaintiff's discovery requests were directed only toward Kicinski and, thus, his objections to each of the requests at issue were appropriate because he is no longer employed by the South Carolina Department of Corrections and none of the requested documents were within his possession, custody or control. Defendants assert that Plaintiff did not serve any discovery requests on Blackwell or Ravenell.

**Plaintiff has seven days from the date of this order to submit to the court any evidence indicating that he served the discovery requests at issue on Defendant Blackwell and/or Defendant Ravenell.**

**IT IS SO ORDERED**.

                                                    s/Thomas E. Rogers, III
                                                    Thomas E. Rogers, III
                                                    United States Magistrate Judge

December 11, 2017
Florence, South Carolina